UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **City of Dallas,** | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 23cv2367-K |
| **Triple D Gear, LLC,** | § § § | |
| *Defendant.* | § | |

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's Scheduling Order [Doc. No. 22], the Parties give notice that they have agreed to mediate this action with the Honorable Jeff Kaplan (ret.).

DATED: March 15, 2024

Respectfully submitted,

/s/ Megan M. O'Laughlin
Megan M. O'Laughlin (TX24013263)
E-Mail: molaughlin@hitchcockevert.com
Anne M. Turner (TX24085626)
E-Mail: aturner@hitchcockevert.com
HITCHCOCK EVERT LLP
750 N. Saint Paul Street, Suite 1110
Dallas, TX 75201
Telephone: (214) 953-1111
Facsimile: (214) 953-1121

COUNSEL FOR PLAINTIFF
CITY OF DALLAS

## CERTIFICATE OF SERVICE

On March 15, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Megan M. O'Laughlin
Megan M. O'Laughlin