UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **City of Dallas,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-cv-02367-K |
| | § | |
| **Triple D Gear, LLC,** | § | |
| | § | |
| *Defendant.* | § | |

# PRETRIAL DISCLOSURES

Plaintiff City of Dallas (the "City") serves its Pretrial Disclosures pursuant to Rule 26 and the Court's Scheduling Order [Doc. No. 22].

I. **Fed. R. Civ. P. 26(a)(3)(A)(i): the name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises**

The City expects to present the following witnesses:

Mr. Alfredo Arturo Sanchez
Ms. Elizabeth Saab
Ms. Daisy Fast
Ms. Catherine Cuellar[1]

The City may present the following witnesses if need arises:

Sir Lynch
Mr. Ahmed "Dre" Youssef
Mr. David A. Small, Esq.

II. **Fed. R. Civ. P. 26(a)(3)(A)(ii): the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.**

Mr. Alfredo Arturo Sanchez

---

[1] Ms. Cuellar was identified in the City's Initial Disclosures served February 2, 2024.

**III.    Fed. R. Civ. P. 26(a)(3)(A)(iii): an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.**

*The City expects to offer the following exhibits*:

1. Image of "CITY OF DALLAS 'D' LOGO" (Sanchez Depo Exhibit 1);

2. Image of "TRIPLE D GEAR 'GHOST' LOGO" (Sanchez Depo Exhibit 2);

3. Image of "TRIPLE D GEAR 'TILTED STAR' LOGO" (Sanchez Depo Exhibit 3);

4. Items of apparel bearing the City's Logo;

5. Photographs of apparel bearing the City's Logo produced by Plaintiff (bates-labeled CITY 000001-15 and CITY 000852-853);

6. Newspaper images produced by Plaintiff (bates-labeled CITY 000016-17);

7. Other uses of the City's Logo produced by Plaintiff (bates-labeled CITY 000019-78);

8. Document related to City's Logo produced by Plaintiff (bates-labeled CITY 000079);

9. City Logo impressions produced by Plaintiff (bates-labeled CITY 00148);

10. Photographs of apparel bearing the Ghost Logo produced by Defendant (Sanchez Depo Exhibit 40);

11. Photograph of apparel bearing the Ghost Logo produced by Defendant (Sanchez Depo Exhibit 41);

12. Screenshot of Defendant's website (Sanchez Depo Exhibit 42);

13. TSDR printout (Sanchez Depo Exhibit 7);

14. TSDR printout (Sanchez Depo Exhibit 8);

15. TSDR printout (Sanchez Depo Exhibit 9);

16. TSDR printout (Sanchez Depo Exhibit 10);

17. TEAS Plus Application (Sanchez Depo Exhibit 11);

18. Interview of Arturo Sanchez and Ahmed Youssef on Good Morning Texas on December 17, 2018,[2] [CITY 000849];

---

[2] Available at https://www.wfaa.com/video/entertainment/television/programs/good-morning-texas/show-off-your-love-for-dallas-with-triple-d-gear/287-8380002

**PRETRIAL DISCLOSURES—PAGE 2**

19. Printout of Defendant's website (Sanchez Depo Exhibit 23);

20. Document produced by Defendant bearing the bates-label TRIPLE D_000063 [Doc. No. 68—Exhibit WW];

21. Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories served on or about April 18, 2024;

22. Defendant's Response to Plaintiff's First Requests for Admission served on or about April 18, 2024;

23. Defendant's Amended Objections and Supplemental Responses to Plaintiff's First Set of Interrogatories served on or about May 22, 2024 (Sanchez Depo Exhibit 53);

24. Defendant's Response to Plaintiff's Second Set of Discovery Requests served on or about December 2, 2024;

25. Write 'n Stick receipts produced by Defendant (Sanchez Depo Exhibit 16);

26. Write 'n Stick notebook (Sanchez Depo Exhibit 45);

27. Defendant's Counterclaims [Doc. No. 39-1] (Sanchez Depo Exhibit 54);

28. Defendant Triple D Gear, LLC's Response to Plaintiff's Motion For Leave to File its First Amended Complaint [Doc. No. 44] (Sanchez Depo Exhibit 55);

29. Defendant's Reply In Support Of Defendant's Motion For Leave To File Counterclaims [Doc. No. 46] (Sanchez Depo Exhibit 56);

30. Declaration Of Alfredo Arturo Sanchez [Doc. No. 46-1] (Sanchez Depo Exhibit 57);

31. Email from Warren Norred to Megan O'Laughlin dated July 31, 2024 (Sanchez Depo Exhibit 52);

32. U.S. Trademark Registration No. 1, 537,463 (Sanchez Depo Exhibit 58);

33. Facebook post (Sanchez Depo Exhibit 26);

34. Triple D Gear's "Skyline Victory Green Cap";

35. Image capture of Triple D Gear's "Skyline Victory Green Cap" (Sanchez Depo Exhibit 59);

36. U.S. Trademark Registration No. 2,395,418 (Sanchez Depo Exhibit 60);

37. U.S. Trademark Registration No. 3,961,015 (Sanchez Depo Exhibit 61);

38. Plaintiff's Motion for Summary Judgment (Sanchez Depo Exhibit 6);

39. Agreement between Sir Lynch and Rich Mind Records, Inc. (Sanchez Depo Exhibit 30);

40. Trademark Assignment (Sanchez Depo Exhibit 32);

41. Email from David Small (Sanchez Depo Exhibit 34);

42. Email from David Small (Sanchez Depo Exhibit 48);

43. The Rich Mind Family mockup (Sanchez Depo Exhibit 35);

44. Petitioner's Initial Disclosures (Sanchez Depo Exhibit 36);

45. Release of Interest in Copyright and Trademark (Sanchez Depo Exhibit 37);

46. Sale and Purchase Agreement (Sanchez Depo Exhibit 39);

47. Final Judgment (bates-labeled CITY 00309-313);

48. U.S. Trademark Registration No. 1,555,836 and license policy pertaining to the famous "I [heart] NY" trademark [Doc. No. 68—Exhibit SS];

49. U.S. Trademark Registration Nos. 2,606,740, 3,026,049, 3,014,363, and 3,577,976 [Doc. No. 68—Exhibit TT];

50. U.S. Trademark Registration No. 3,872,108 along with the license policy pertaining to the famous "Don't Mess With Texas" trademark [Doc. No. 68—Exhibit UU].

*The City may offer the following exhibits if the need arises*:

1. Triple D's Objections and Responses to the City's First Request for Production served on or about April 18, 2024;

2. Defendant's Initial Disclosure served on or about February 2, 2024 (Sanchez Depo Exhibit 28);

3. Defendant Triple D's Amended Objections and Supplemental Responses to Plaintiff's First Request for Production served on or about May 22, 2024;

4. Registrant's Objections and Responses to Petitioner's First Set of Requests for Admission (Sanchez Depo Exhibit 4);

5. Registrant's Objections And Responses To Petitioner's First Set Of Interrogatories To Registrant (Sanchez Depo Exhibit 24);

6. Registrant's First Notice of Reliance: Notice of Reliance on Declaration (Sanchez Depo Exhibit 29);

7. Section 7 Request Form (Sanchez Depo Exhibit 12);

8. Section 7 Request Form (Sanchez Depo Exhibit 13);

9. Specimen (Sanchez Depo Exhibit 14);

10. Petition to for Cancellation (bates-labeled CITY 00149-154);

11. Plaintiff's Original Petition (bates-labeled CITY 00155-161);

12. Plaintiff's Application for Temporary Restraining Order and Temporary Injunction (bates-labeled CITY 00162-167);

13. Mad Ink invoice (Sanchez Depo Exhibit 15);

14. Mad Ink invoice (Sanchez Depo Exhibit 17);

15. Mad Ink invoice (Sanchez Depo Exhibit 44);

16. Stanton order (Sanchez Depo Exhibit 18);

17. Wingo Fashion Ltd. invoice (Sanchez Depo Exhibit 19);

18. Trust Printshop invoice (Sanchez Depo Exhibit 20);

19. Summary produced by Defendant (Sanchez Depo Exhibit 21);

20. Invoices (Sanchez Depo Exhibit 22);

21. Agreement between Sir Lynch and Rich Mind Records, Inc. (Sanchez Depo Exhibit 31);

22. US Copyright Office correspondence to David Small (Sanchez Depo Exhibit 33);

23. Correspondence from David Small to Freddy Jackson (Sanchez Depo Exhibit 38);

24. "fiverr" mockup (Sanchez Depo Exhibit 43);

25. Kenni Sosa image (Sanchez Depo Exhibit 46);

26. Dallas Dimes image (Sanchez Depo Exhibit 47);

27. Image of Triple D Necklace (bates-labeled CITY 00347);

28. Trademark Office Filings related to the City's Logo (bates-labeled CITY 000891-1355);

29. List of all timed participants in the 2017 Dallas YMCA Turkey Trot 5K race, sorted by self-reported state [Doc. No. 68—Exhibit GG];

30. List of all timed participants in the 2017 Dallas YMCA Turkey Trot 8-mile race, sorted by self-reported state [Doc. No. 68—Exhibit HH];

31. U.S. Census Bureau statistics concerning the population of residents in the city of Dallas, Texas [Doc. No. 68—Exhibit NN];

32. U.S. Census Bureau statistics concerning the population of residents in the county of Dallas, Texas [Doc. No. 68—Exhibit OO];

33. City Council Briefing Open Microphone Public Appearance List (Sanchez Depo Exhibit 25);

34. Statements of Arturo Sanchez to Dallas City Council on March 8, 2023,[3] [CITY 000850];

35. Facebook image (bates-labeled CITY 000400);

36. Facebook image (bates-labeled CITY 000405);

37. Statements of Chris Heney to Dallas City Council on March 8, 2023,[4] [CITY 000851].

The City expressly reserves the right to use any exhibit identified by Defendant and any document that Defendant produces to the City after the service of these Pretrial Disclosures.

DATED: March 24, 2025

Respectfully submitted,

/s/ Megan M. O'Laughlin
Megan M. O'Laughlin (TX24013263)
E-Mail: molaughlin@hitchcockevert.com
Anne M. Turner (TX24085626)
E-Mail: aturner@hitchcockevert.com
HITCHCOCK EVERT LLP
750 North St. Paul Street, Suite 1110
Dallas, TX 75201
Telephone: (214) 953-1111
Facsimile: (214) 953-1121

COUNSEL FOR PLAINTIFF
CITY OF DALLAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing Amended Initial Disclosures has been served on counsel for Triple D Gear, LLC by forwarding said copy on March 24, 2025 via email to Defendant's counsel of record, Warren Norred <wnorred@norredlaw.com>.

/s/ Megan M. O'Laughlin

---

[3] Available at https://dallastx.new.swagit.com/videos/210230?ts=1607
[4] Available at https://dallastx.new.swagit.com/videos/210230?ts=8385