UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **City of Dallas,** § § § *Plaintiff,* § § **v.** § § **Triple D Gear, LLC,** § § § *Defendant.* § | CIVIL ACTION NO. 3:23-cv-02367-K |

## JOINT REPORT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Scheduling Order [Doc. No. 22], Plaintiff City of Dallas (the "City") and Defendant Triple D Gear, LLC ("Triple D Gear"), along with their counsel, participated in a face-to-face meeting to discuss settlement on April 17, 2025. The City was represented by its counsel Megan M. O'Laughlin and Anne M. Turner and by Stacy Rodriguez, Esq., who is the City's Deputy Chief of Litigation and General Litigation Section Chief. Triple D Gear was represented by its counsel Warren V. Norred and by its CEO Arturo Sanchez.

The Parties now respectfully file their Joint Report. The Parties did not make meaningful progress toward settlement and agree that settlement of this Action is highly unlikely.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Megan M. O'Laughlin | /s/ Warren V. Norred (*with permission*) |
| Megan M. O'Laughlin (TX24013263) | Warren V. Norred (TX24045094) |
| E-Mail: molaughlin@hitchcockevert.com | Email: warren@norredlaw.com |
| Anne M. Turner (TX24085626) | NORRED LAW, PLLC |
| E-Mail: aturner@hitchcockevert.com | 515 E. Border Street |
| HITCHCOCK EVERT LLP | Arlington, TX 76010 |
| 750 North St. Paul Street, Suite 1110 | Telephone: (817) 704-3984 |
| Dallas, TX 75201 | Facsimile: (817) 524-6686 |
| Telephone: (214) 953-1111 | |
| Facsimile: (214) 953-1121 | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
| CITY OF DALLAS | TRIPLE D GEAR, LLC |

## CERTIFICATE OF SERVICE

On April 22, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).

       /s/ Megan M. O'Laughlin
       Megan M. O'Laughlin