OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  TEXAS - DALLAS DIVISION

CITY OF DALLAS

V.

TRIPLE D GEAR, LLC,

**EXHIBIT AND WITNESS LIST**

Case Number: 3:23-CV-2367-K

| PRESIDING JUDGE ED KINKEADE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- |
| | | | | Megan O'Lauglin, Anne Turner | Warren Norred |
| TRIAL DATE (S) 10/07/2025 | | | | COURT REPORTER Debbie Kriegshauser | COURTROOM DEPUTY Ronnie Jacobson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 1 | | 10/7 | X | X | City Logo |
| 2 | | | | | |
| 3 | | | | | W——\ for △ |
| 5 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 23 | | | | | |
| 27 | | | | | |
| 36 | | | | | |
| 42 | | | | | |
| 45 | | | | | |
| 48 | | | | | |
| 49 | | | | | |
| 50 | | | | | |
| 51 | | | | | |
| 53 | | | | | |
| 58 | | | | | |
| 59 | | | | | |
| 60 | | | | | |
| 61 | | | | | |
| 64 | | | | | |
| 68 | | | | | |

| | | | | |
|---|---|---|---|---|
| 70 | {obj overruled | | | |
| 71 | | | | |
| 72 | | | | |
| 78 | | | | |
| 79 | | | | |
| 80 | | | | |
| 81 | | | | |
| 82 | | | | |
| 83 | | | | |
| 88 | | | | |
| 91 | | | | |
| 93 | | | | |
| | 29 | | | |
| 29 | | | | |
| 40 | | | | |
| 31 | | | | |
| 32 | | | | |
| 30 | | | | |
| 34 | | | | |
| 35 | | | | |
| 62 | | | | |

Attach joint exhibit list [Doc. 96]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| City of Dallas, | § | |
| --- | --- | --- |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 23cv2367-K |
| | § | |
| Triple D Gear, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## JOINT EXHIBIT LIST

In accordance with the Court's request, the Parties respectfully file their Joint Exhibit List.

The exhibits on this list are ones to which no party objects and can be preadmitted at trial.[1]

| Exhibit Number | Exhibit Description |
| --- | --- |
| PLT 1 | Image of "CITY OF DALLAS 'D' LOGO" (Sanchez Depo Exhibit 1) |
| PLT 2 | Image of "TRIPLE D GEAR 'GHOST' LOGO" (Sanchez Depo Exhibit 2) |
| PLT 3 | Image of "TRIPLE D GEAR 'TILTED STAR' LOGO" (Sanchez Depo Exhibit 3) |

---

[1] Plaintiff contends that at least some of Defendant's objections were waived because they were not timely made, but the Court will need to decide that issue at trial. The Court's Scheduling Order required the parties to identify exhibits by March 24, 2025 and to serve objections within 14 days thereafter. Defendant's objections filed and served on April 7, 2025 did not make any objections to Plaintiff's Exhibits Nos. 52, 54-56, 70-72, 80-83, and 86-87. The Court's Scheduling Order required the parties to file an exhibit list no later than April 14, 2025 that contained a written statement, signed by counsel for each party (except the party offering the exhibit) stating as to each exhibit either (i) the parties agree to its admissibility or (ii) the admissibility of the exhibit is objected to, identifying the nature and legal basis of the objection, and the names of the party or parties urging the objection. Plaintiff's counsel confirmed with Defendant's counsel that its exhibit list [Doc. No. 76] complied with this requirement and obtained Defendant's counsel's permission to file with his signature, in accordance with the Scheduling Order. On April 14, *after* Plaintiff's Exhibit List was filed, Defendant's counsel emailed previously undisclosed objections to Plaintiff's Exhibit Nos. 70-72, 80-83, and 86-87. Plaintiff objected to Plaintiff's Exhibit Nos. 52, 54-56, and 92 for the first time on September 29, 2025. Concerning Exhibit 92, Defendant believes it was not timely disclosed. Defendant did not produce Exhibit 92 prior to the March 24, 2025 deadline for pretrial disclosures, so it would have been impossible for Plaintiff to disclose it on that date. It was disclosed to Defendant before being included on Plaintiff's Exhibit List [Doc. No. 76] and Defendant affirmatively represented that it had no objection to Exhibit 92 at that time.

| PLT 4 | Registrant's Objections and Responses to Petitioner's First Set of Requests for Admission (Sanchez Depo Exhibit 4) |
|---|---|
| PLT 5 | Interview of Arturo Sanchez and Ahmed Youssef on Good Morning Texas on December 17, 2018 [CITY 000849] |
| PLT 6 | Plaintiff's Motion for Summary Judgment (Sanchez Depo Exhibit 6) |
| PLT 7 | TSDR printout (Sanchez Depo Exhibit 7) |
| PLT 8 | TSDR printout (Sanchez Depo Exhibit 8) |
| PLT 9 | TSDR printout (Sanchez Depo Exhibit 9) |
| PLT 10 | TSDR printout (Sanchez Depo Exhibit 10) |
| PLT 11 | TEAS Plus Application (Sanchez Depo Exhibit 11) |
| PLT 12 | Section 7 Request Form (Sanchez Depo Exhibit 12) |
| PLT 13 | Section 7 Request Form (Sanchez Depo Exhibit 13) |
| PLT 14 | Specimen (Sanchez Depo Exhibit 14) |
| PLT 15 | Mad Ink invoice (Sanchez Depo Exhibit 15) |
| PLT 17 | Mad Ink invoice (Sanchez Depo Exhibit 17) |
| PLT 18 | Stanton order (Sanchez Depo Exhibit 18) |
| PLT 19 | Wingo Fashion Ltd. invoice (Sanchez Depo Exhibit 19) |
| PLT 20 | Trust Printshop invoice (Sanchez Depo Exhibit 20) |
| PLT 21 | Summary produced by Defendant (Sanchez Depo Exhibit 21) |
| PLT 22 | Invoices (Sanchez Depo Exhibit 22) |
| PLT 23 | Printout of Defendant's website (Sanchez Depo Exhibit 23) |
| PLT 24 | Registrant's Objections And Responses To Petitioner's First Set Of Interrogatories To Registrant (Sanchez Depo Exhibit 24) |
| PLT 25 | City Council Briefing Open Microphone Public Appearance List (Sanchez Depo Exhibit 25) |
| PLT 26 | Facebook post (Sanchez Depo Exhibit 26) |

| PLT 27 | Triple D Gear's "Skyline Victory Green Cap" |
|---|---|
| PLT 28 | Defendant's Initial Disclosure served on or about February 2, 2024 (Sanchez Depo Exhibit 28) |
| PLT 29 | Registrant's First Notice of Reliance: Notice of Reliance on Declaration (Sanchez Depo Exhibit 29) |
| PLT 30 | Agreement between Sir Lynch and Rich Mind Records, Inc. (Sanchez Depo Exhibit 30) |
| PLT 31 | Agreement between Sir Lynch and Rich Mind Records, Inc. (Sanchez Depo Exhibit 31) |
| PLT 32 | Trademark Assignment (Sanchez Depo Exhibit 32) |
| PLT 33 | US Copyright Office correspondence to David Small (Sanchez Depo Exhibit 33) |
| PLT 34 | Email from David Small (Sanchez Depo Exhibit 34) |
| PLT 35 | The Rich Mind Family mockup (Sanchez Depo Exhibit 35) |
| PLT 36 | Petitioner's Initial Disclosures (Sanchez Depo Exhibit 36) |
| PLT 37 | Release of Interest in Copyright and Trademark (Sanchez Depo Exhibit 37) |
| PLT 38 | Correspondence from David Small to Freddy Jackson (Sanchez Depo Exhibit 38) |
| PLT 39 | Sale and Purchase Agreement (Sanchez Depo Exhibit 39) |
| PLT 40 | Photographs of apparel bearing the Ghost Logo produced by Defendant (Sanchez Depo Exhibit 40) |
| PLT 41 | Photograph of apparel bearing the Ghost Logo produced by Defendant (Sanchez Depo Exhibit 41) |
| PLT 42 | Screenshot of Defendant's website (Sanchez Depo Exhibit 42) |
| PLT 43 | "fiverr" mockup (Sanchez Depo Exhibit 43) |
| PLT 44 | Mad Ink invoice (Sanchez Depo Exhibit 44) |
| PLT 46 | Kenni Sosa image (Sanchez Depo Exhibit 46) |
| PLT 47 | Dallas Dimes image (Sanchez Depo Exhibit 47) |
| PLT 48 | Email from David Small (Sanchez Depo Exhibit 48) |

| PLT 53 | Defendant's Amended Objections and Supplemental Responses to Plaintiff's First Set of Interrogatories served on or about May 22, 2024 (Sanchez Depo Exhibit 53) |
|---|---|
| PLT 57 | Declaration Of Alfredo Arturo Sanchez [Doc. No. 46-1] (Sanchez Depo Exhibit 57) |
| PLT 58 | U.S. Trademark Registration No. 1, 537,463 (Sanchez Depo Exhibit 58) |
| PLT 59 | Image capture of Triple D Gear's "Skyline Victory Green Cap" (Sanchez Depo Exhibit 59) |
| PLT 60 | U.S. Trademark Registration No. 2,395,418 (Sanchez Depo Exhibit 60) |
| PLT 61 | U.S. Trademark Registration No. 3,961,015 (Sanchez Depo Exhibit 61) |
| PLT 63 | Document related to City's Logo produced by Plaintiff (bates-labeled CITY 000079) |
| PLT 64 | City Logo impressions produced by Plaintiff (bates-labeled CITY 00148) |
| PLT 65 | Document produced by Defendant bearing the bates-label TRIPLE D_000063 [Doc. No. 68—Exhibit WW] |
| PLT 66 | Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories served on or about April 18, 2024] |
| PLT 67 | Defendant's Response to Plaintiff's First Requests for Admission served on or about April 18, 2024] |
| PLT 68 | Defendant's Response to Plaintiff's Second Set of Discovery Requests served on or about December 2, 2024] |
| PLT 69 | Final Judgment (bates-labeled CITY 00309-313) |
| PLT 73 | Triple D's Objections and Responses to the City's First Request for Production served on or about April 18, 2024] |
| PLT 74 | Defendant Triple D's Amended Objections and Supplemental Responses to Plaintiff's First Request for Production served on or about May 22, 2024] |
| PLT 75 | Petition for Cancellation (bates-labeled CITY 00149-154) |
| PLT 76 | Plaintiff's Original Petition (bates-labeled CITY 00155-161) |
| PLT 77 | Plaintiff's Application for Temporary Restraining Order and Temporary Injunction (bates-labeled CITY 00162-167) |

| PLT 78 | Image of Triple D Necklace (bates-labeled CITY 00347) |
|---|---|
| PLT 79 | Trademark Office Filings related to the City's Logo (bates-labeled CITY 000891-1355) |
| PLT 84 | Statements of Arturo Sanchez to Dallas City Council on March 8, 2023,[2] [CITY 000850] |
| PLT 85 | Facebook image (bates-labeled CITY 000400) |
| PLT 88 | Documents produced by Defendant bearing bates-labels TRIPLE_D_20205 through 20218 |
| PLT 89 | Documents produced by Defendant bearing bates-labels TRIPLE_D_20249 through 20252 |
| PLT 90 | Documents produced by Defendant bearing bates-labels TRIPLE_D_20253 through 20263 |
| PLT 91 | Video produced by Defendant bearing bates-label TRIPLE_D_20264 |
| PLT 93 | Documents produced by Defendant bearing bates-labels TRIPLE_D_20277 through 20280 |
| PLT 94 | Documents produced by Defendant bearing bates-labels TRIPLE_D_20286 through 20287 |
| DFT 2 | Deposition of Arturo Sanchez (TRIPLE_D_30000-30168) from TTAB Pro. 92077406, Petitioner's First Notice of Reliance, Docket No. 13. |
| DFT 3 | Exhibits 1-6 to Sanchez Deposition (TRIPLE_D_30169-30232) from TTAB Pro.92077406, Petitioner's First Notice of Reliance, Docket No. 14 (as filed with the TTAB) |
| DFT 4 | Exhibit 7-14 to Sanchez Deposition (TRIPLE_D_30233-30273) from TTAB Pro. 92077406, Petitioner's First Notice of Reliance, Docket No. 15 (as filed with the TTAB) |
| DFT 5 | Exhibit 15-20 to Sanchez Deposition (TRIPLE_D_30274-30294)from TTAB Pro. 92077406, Petitioner's First Notice of Reliance, Docket No. 16 (as filed with the TTAB) |
| DFT 6 | Exhibit 21-22 to Sanchez Deposition (TRIPLE_D_30295-30314) from TTAB Pro. 92077406, Petitioner's First Notice of Reliance, Docket No. 17 (as filed with the TTAB) |

---

[2] Available at https://dallastx.new.swagit.com/videos/210230?ts=1607

JOINT EXHIBIT LIST—PAGE 5

| DFT 7 | Exhibit 23-27 to Sanchez Deposition (TRIPLE_D_30315-30344) from TTAB Pro. 92077406, Petitioner's First Notice of Reliance, Docket No. 18 (as filed with the TTAB) |
|---|---|
| DFT 8 | Interrogatory Answers and Admissions (TRIPLE_D_30345-30405) from TTAB Pro. 92077406, Petitioner's Second Notice of Reliance, Docket No. 19 (as filed with the TTAB) |
| DFT 9 | Video and Printed Publications (TRIPLE_D_30406-30417) from TTAB Pro. 92077406, Petitioner's Third Notice of Reliance, Docket No. 22 (as filed with the TTAB) |
| DFT 10 | Trademark Registrations (TRIPLE_D_30418-30429) from TTAB Pro. 92077406, Petitioner's Fourth Notice of Reliance, Docket No. 20 (as filed with the TTAB) |
| DFT 11 | Official Records (TRIPLE_D_30430-30515) from TTAB Pro. 92077406, Petitioner's Fifth Notice of Reliance, Docket No. 21 (as filed with the TTAB) |
| DFT 13 | TTAB Final Decision, Order Denying Cancelation of R/N 6141994 ("Ghost Logo"), https://ttabvue.uspto.gov/ttabvue/v?pno=92077406&pty=CAN&eno=28. |
| DFT 15 | Invoice Dated 9/16/2012 (TRIPLE_D000050) |
| DFT 16 | Trademark Assignment Agreement (TRIPLE_D20011-15) |
| DFT 17 | Intellectual Property and Company Documents (TRIPLE_D20017-56) |
| DFT 18 | Litigation Documents (TRIPLE_D20068-80, 20085-86) |
| DFT 19 | 2009 Order for CD Artwork (TRIPLE_D20087-92) |
| DFT 20 | Rough Draft Press Release (TRIPLE_D20100) |
| DFT 21 | July 2013 Purchase Documents for Clothing (TRIPLE_D20101-04) |
| DFT 22 | Sir Lynch Work-For-Hire Agreement (TRIPLE_D20105-07) |
| DFT 23 | 2011 Media Kit (TRIPLE_D20108-35) |
| DFT 24 | June 2012 David Small Memo and Email (TRIPLE_D20136-38) |
| DFT 25 | Munck Rep Agreement (TRIPLE_D20147-52) |
| DFT 26 | Invoices for Triple D Gear (TRIPLE_D20187-20204) |
| DFT 27 | Docket, Cancelation 92077406, *City of Dallas. V. Triple D Gear, LLC* |
| DFT 28 | Filings from USPTO's TSDR Docket for 4,586,688 (Tilted Star) |
| DFT 29 | Filings from USPTO's TSDR Docket for 6,141,994 (Ghost Logo) |
| DFT 30 | Filings from USPTO's TSDR Docket for 6,330,048 (Tilted Star) |

| DFT 32 | Judgment (TRIPLE_D20095-99) |
| --- | --- |
| DFT 33 | Texas SoS and Certificate Formation Documents (TRIPLE_D20153-65) |
| DFT 34 | Sanchez – Youssef Company Sale Agreement (TRIPLE_D20168-85) |
| DFT 35 | Docket, Cancellation 92055839, *Youseff v. Jackson dba Triple D Clothing Co.* |
| DFT 36 | Dallas-SMU Trademark Agreement (CITY000854-889) |
| DFT 37 | Dallas Trademark Registration Documents (CITY000890-1302) |
| DFT 38 | Dallas TEAS Application (CITY001348-1355) |

Respectfully submitted,

/s/ Megan M. O'Laughlin
Megan M. O'Laughlin (TX24013263)
E-Mail: molaughlin@hitchcockevert.com
Anne M. Turner (TX24085626)
E-Mail: aturner@hitchcockevert.com
HITCHCOCK EVERT LLP
5802 Tremont Street
Dallas, TX 75214
Telephone: (214) 953-1111
Facsimile: (214) 953-1121

COUNSEL FOR PLAINTIFF
CITY OF DALLAS

Respectfully submitted,

/s/ Warren V. Norred *(with permission)*
Warren V. Norred (TX24045094)
Email: warren@norredlaw.com
NORRED LAW, PLLC
515 E. Border Street
Arlington, TX 76010
Telephone: (817) 704-3984
Facsimile: (817) 524-6686

COUNSEL FOR DEFENDANT
TRIPLE D GEAR, LLC

## CERTIFICATE OF SERVICE

On September 29, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                 /s/ Megan M. O'Laughlin
                                                 Megan M. O'Laughlin